## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

15-79-SDD-RLB

TYRONE MOORE, a.k.a.
Tyrone Dewayne Moore, a.k.a
Tyrone D. Moore

### RULING

This matter is before the Court on the *Motion to Correct Judgment*[1] filed by Defendant Tyrone Moore ("Defendant").   The Government does not oppose Defendant's *Motion* and agrees that Defendant's *Judgment* should be corrected to reflect that his federal sentence be served concurrently to any state sentence, in accordance with the oral pronouncement of sentence at the time of sentencing.[2]

Accordingly, Defendant's *Motion* is GRANTED.  An *Amended Judgment* shall be entered by the Court.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 23 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 41.